

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00134-CR

**MICHAEL DAVID FREDRICKSON,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 14,371

## O R D E R

Michael David Fredrickson was convicted of injury to a child and sentenced to 20 years in prison. TEX. PENAL CODE ANN. § 22.04 (West 2011). On December 11, 2014, this appeal was abated to the trial court to make findings of fact and conclusions of law regarding Fredrickson's motion to suppress evidence and motion to suppress statements, both heard and ruled on by the trial court on February 24, 2014. The trial court's findings of fact and conclusions of law were ordered to be prepared, signed, and filed as a supplemental clerk's record with this Court within 28 days from the date of

the December 11, 2014 abatement order. The trial court has requested an extension of time to submit the required findings of fact and conclusions of law.

Accordingly, this appeal is reinstated. The trial court's motion for extension of time is granted. This appeal is again abated, and the trial court's findings of fact and conclusions of law are ordered to be prepared, signed, and filed as a supplemental clerk's record with this Court within 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Motion granted
Appeal abated
Order issued and filed January 15, 2015

